## Commonwealth *v.* Hayward, Appellant.

860

Submitted September 11, 1973. *Stephen G. Fox,* and *Bernstein, Schlessinger and Fox,* for appellant; *Milton M. Stein* and *James T. Ranney,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.